# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## EL DORADO DIVISION

**JACK HILL, JR.**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS.**　　　　　　　　　　　　**Case No. 03-CV-1033**

**CONAGRA POULTRY COMPANY**　　　　　　　　　　　　**DEFENDANTS**
and **PILGRIM'S PRIDE CORPORATION**
**OF DELAWARE, INC.**

## ORDER

Before the Court is Plaintiff and Defendants' Stipulation of Dismissal with Prejudice. (Doc. 92). Upon consideration, the Court finds the stipulation should be and hereby is **granted**.

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs' case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 23rd day of August, 2005.

　　　　　　　　　　　　　　　　　　　　/s/ Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　Hon. Harry F. Barnes
　　　　　　　　　　　　　　　　　　　　U.S. District Judge